IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,                    No. CIV 2:10-cv-3120-GEB-JFM (PS)

  vs.

TING SUN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On February 14, 2012, plaintiff filed a motion to proceed with service of summons. This action was closed on May 10, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 28, 2012.

                                       UNITED STATES MAGISTRATE JUDGE

/014;sher3120.58

1